UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SALERIA C. DUMAS                                                CIVIL ACTION

VERSUS

MOHAWK FIELD SERVICES, INC.                       NO. 23-01574-BAJ-SDJ

RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 12, the "Report")** recommending that the Court dismiss Plaintiff's claims for failure to timely serve Defendant. Plaintiff's counsel submitted a late objection to the Report, citing difficulties in contacting Plaintiff as reason for both the delay in filing the objection and for failure to serve Defendant. (Doc. 13). However, as the Report notes in bolded letters, "Absolutely No Extension Of Time Shall Be Granted To File Written Objections To The Magistrate Judge's Report". (Doc. 12 at 1). Since the filing of the Report, Defendant moved to dismiss Plaintiff's claims on the same grounds addressed in the Report, namely, Plaintiff's failure to timely serve Defendant. (Doc. 38). As Defendant points out, Plaintiff effected service on Defendant on February 26, 2025, five hundred sixty-eight days after filing her Complaint. (Doc. 38-1 at 1). Given the procedural history of this case, the Court finds dismissal of Plaintiff's claims appropriate.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss (Doc. 38) be and is hereby **DENIED AS MOOT**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 4th day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**